**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1435**

_____

DEVONTE WILLIAMS,

            Plaintiff - Appellant,

        v.

CAPITAL ONE FINANCIAL CORPORATION; THE BANK OF NEW YORK
MELLON TRUST COMPANY, NATIONAL ASSOCIATION,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-cv-00350-M-RJ)

_____

Submitted:  March 26, 2026                                  Decided:  March 30, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Devonte Williams, Appellant Pro Se.  Glenn Wade Leach, III, BURR & FORMAN, LLP,
Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devonte Williams appeals the district court's order accepting the magistrate judge's recommendation and dismissing Williams's amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Williams v. Cap. One Fin. Corp.*, No. 5:24-cv-00350-M-RJ (E.D.N.C. Mar. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*